ANTONIO CANTRES RODRÍGUEZ, querellante y apelante, *v.* EL
MUNICIPIO DE RÍO GRANDE, P. R., REPRESENTADO POR SU
ALCALDE MUNICIPAL BONIFACIO RODRÍGUEZ BAUZÓ Y LA
ASAMBLEA MUNICIPAL DE RÍO GRANDE, P. R., COMPUESTA
DE SU PRESIDENTE FEDERICO SANTIAGO Y MIEMBROS FÉLIX
REXACH, ANTONIO MÉNDEZ, PASCUAL ORELLANO, CARLOS
FALÚ, JOSÉ GONZÁLEZ Y PEDRO MONGE, querellados y ape-
lados.

No. 3668.—*Visto:* Diciembre 9, 1925.   *Resuelto:* Diciembre 22, 1925.

CERTIORARI — PROCEDIMIENTOS Y RESOLUCIÓN — PARTES DEMANDADAS EN EL RE-
CURSO.—Nombrada una persona para el cargo de secretario municipal bajo
la Ley No. 11 de 1924 (p. 84), no procede un recurso de *certiorari* entablado
por el mismo para revisar y anular procedimientos relacionados con su re-
nuncia y el nombramiento de otro para dicho cargo cuando la petición se
dirige contra un municipio y su asamblea en vez del alcalde, única parte
que debe ser demandada.

RESOLUCIÓN de *M. Rodríguez Serra,* J. (Segundo Distrito, San Juan),
negando expedición de auto de *certiorari. Confirmada.*

*Luis S. Vahamonde,* abógado del apelante; *Angel Rodríguez Esco-
bar y Jacinto Texidor,* abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del
tribunal.

Esta es una petición de *certiorari* dirigida contra el mu-
nicipio de Río Grande y la asamblea municipal para que se
revisen y anulen ciertos procedimientos que se relacionan
con la renuncia del peticionario de su cargo de secretario
municipal y el nombramiento de Antonio Paz Ruiz para el
mismo cargo.

La corte inferior tal vez teniendo dudas en cuanto a la
expedición del auto citó a una comparecencia preliminar
para oir a las partes y discutir si procedía o nó expedir el
auto. Hubo oposición por los demandados y la corte deses-
timó la petición estableciéndose esta apelación. Sería sufi-
ciente decir en este recurso que el alegato del peticionario
no cumple con el Reglamento de esta corte. No se hace
una especificación de errores. La jurisprudencia en ese par-
ticular es repetida. Por otra parte tampoco procedería el

recurso. La petición no aparece bien dirigida. Se establece contra el municipio como entidad jurídica y la asamblea municipal. El caso de *Rodríguez* v. *El Municipio de Guánica,* 31 D.P.R. 495, que cita en su apoyo el peticionario no es aplicable. Esta decisión se funda en una situación legal distinta, o sea, cuando las asambleas municipales estaban investidas del poder de nombrar el concejo de administración. Véase artículo 28, Ley No. 85, aprobada en julio 31, 1919 (p. 701). Esta ley fué enmendada y el poder de hacer el nombramiento de los funcionarios ejecutivos pasó a los alcaldes, según prescriben los artículos 28 y 29 de la Ley enmendatoria No. 11, aprobada en junio 3, 1924 (p. 84). Bajo esta ley se hizo el nombramiento del peticionario y el alcalde es la parte que debió ser demandada.

*Debe confirmarse la sentencia apelada.*

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.